# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00727-CR

**The State of Texas, Appellant**

**v.**

**John Phillip Couch, II, Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
## NO. CR2013-444, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The State of Texas has filed a motion to stay all proceedings in the district court below pending this Court's disposition of the State's interlocutory appeal of the district court's order granting the motion to suppress filed by appellee John Phillip Couch, II.[1] The State is statutorily entitled to a stay under these circumstances.[2] Accordingly, we grant the State's motion and order a stay of the proceedings below pending our disposition of the State's appeal.

It is ordered on November 3, 2016.

Before Justices Puryear, Pemberton, and Field

Do Not Publish

---

[1] *See* Tex. Code Crim. Proc. art. 44.01(a)(5).

[2] *See id*. art. 44.01(e).